[No. 21351-0-III.   Division Three.   February 17, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN MATTHEW ANEST, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00943-4, Richard J. Schroeder, J., entered August 15, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 21583-1-III.   Division Three.   February 17, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMIAN TODD MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-1-00553-8, Evan E. Sperline, J., entered November 12, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 21768-0-III.   Division Three.   February 17, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN L. WATSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01868-9, Richard J. Schroeder, J., entered January 21, 2003. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 28665-3-II.   Division Two.   February 17, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER MICHAEL CARR, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00466-9, David R. Draper, J., entered March 1, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Bridgewater and Armstrong, JJ.